

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EDDIE ESTEP, | § | No. 08-19-00280-CR |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D04089) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 12, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alexandria Serra, the Appellant's attorney, prepare the Appellant's brief and forward he same to this Court on or before October 12, 2020

IT IS SO ORDERED this 14th day of September, 2020.


PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.